UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MAKE JS-6**

CIVIL MINUTES -- GENERAL

Case No.   CV-13-709-R                                             Date: FEBRUARY 4, 2013

Title:   FANNIE MAE etc -V- MARY L. ROBERSON
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT. This case was also improperly removed on its face, as the person listed as the removing party in propria persona as Harold Roberson, is not a named defendant in the underlying state action. However, if the removing party had been Mary L. Roberson, the matter would still be remanded for lack of subject matter jurisdiction, as explained above.**

**IT IS SO ORDERED.**

cc: counsel of record

MINUTES FORM 11                                          Initials of Deputy Clerk ___WH____
CIVIL -- GEN